AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 5:20-mj-54-MJF | Date and time warrant executed: 7/29/2020 @ 6:08 AM | Copy of warrant and inventory left with: CONSUELA Coburn and PALMER COBURN |
|---|---|---|

Inventory made in the presence of: PALMER COBURN

Inventory of the property taken and name of any person(s) seized:

See Attached

STW
7/29/2020

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/29/2020

_Executing officer's signature_

SA STEPHEN TROY WARD, FBI
_Printed name and title_

FILED USDC FLND PC
AUG 10'20 AM 10:17

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305D-JK-3267560

On (date) 7/29/2020 @ 7:20 AM

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) PALMER Edward Coburn

(Street Address) 122 Kelly Street,

(City) Panama City Beach

Description of Item(s):
1) iphone Xr serial number 0X6C59LBKXKN, Black, model # MT3K2LL/A, IMEI 356442107364527
2) Iphone 6, ImEI 359482088817025, serial number F17VR0JWHXR5, Silver
3) ONN TABLET, serial number B002907040332, Black Model ONA19TB002

STW 7/29/2020

Received By: SA S. Ward (Signature)

Printed Name/Title: SA Stephen Ward

Received From: Palmer Coburn (Signature)

Printed Name/Title: Palmer Coburn

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>122 Kelly Street<br>Panama City Beach, Florida, 32413 | )<br>)<br>) Case No. 5:20-mj-54-MJF<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Florida_____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____August 4, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael J. Frank, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: _____July 27, 2020  10:30 a.m._____    _____/s/_____
*Judge's signature*

City and state: _____Panama City Beach, Florida_____    _____Michael J. Frank, U.S. Magistrate Judge_____
*Printed name and title*